IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BANNON HORNSBY     PLAINTIFF

v.     CIVIL ACTION NO. 4:20-CV-00085-GHD-RP

CORRECTIONAL OFFICER JOHN WINTERS, individually and in his official capacity;
WARDEN TIMOTHY J. MORRIS, in his official capacity;
NATHAN BURL CAIN, in his official capacity;
MISSISSIPPI DEPARTMENT OF CORRECTIONS; and
JOHN DOES 1-10     DEFENDANTS

## ORDER ON SERVICE OF PROCESS FOR DEFENDANT WINTERS

Pursuant to an Order issued on March 17, 2022 [45], Defendant Winters has provided the Court with information regarding his authorized agent for the purpose of service of process, namely Mr. James H. Hall, Special Assistant Attorney General in the Office of the Mississippi Attorney General. See Exhibit A, attached to this Order. Mr. Hall can be reached for service of process at the following address:

> Mr. James H. Hall
>
> Mississippi Attorney General's Office, Civil Litigation Division
>
> Walter Sillers Building
>
> 550 High Street
>
> Jackson, MS 39201

Thus, it is hereby ORDERED that:

(1) the Clerk of the Court shall issue process for Defendant Winters using the information for the Defendant's authorized agent, Mr. Hall; and

(2) the United States Marshall Service shall, in person, serve process upon Mr. Hall at the above stated address, care of the security desk on the first floor of the building.

SO ORDERED, this the 25th day of April, 2022.

/s/ Glen H. Davidson

SENIOR U.S. DISTRICT JUDGE