IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BANNON HORNSBY**                                                                          **PLAINTIFF**

**V.**                                                              **NO: 4:20CV85-GHD-RP**

**CORRECTIONAL OFFICER JOHN**                           **DEFENDANTS**
**WINTERS, et al**

### ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that Defendant John Winters' Motion for Summary Judgment [60] is GRANTED. Accordingly, all pending claims against the remaining Defendant, John Winters, are DISMISSED, and this case is CLOSED.

SO ORDERED, this the _9th_ day of May, 2023.

_____
SENIOR U.S. DISTRICT JUDGE